UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CATHY ROSS VINNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:18-cv-00345-KOB-GMB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report on August 2, 2021, recommending that the court grant defendant's motion for summary judgment. (Doc. 70). The Magistrate Judge further recommended that the court deny Plaintiff Cathy Ross Vinnett's motion for a telephone conference. (Doc. 70 at 20 n.8).[1] Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, and the Magistrate Judge subsequently granted Ms. Vinnett until September 1, 2021 to file her objections, (doc. 73), the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the

---

[1] On August 3, 2021, Ms. Vinnett filed an untimely and unsworn response in opposition to the defendant's motion for summary judgment. Doc. 70. Therefore, the court will not consider it.

magistrate judge's report and ACCEPTS his recommendation. Accordingly, the court finds that no genuine issues of material fact exist and that the defendant's motion for summary judgment should be granted. The court further finds that Ms. Vinnett's motion for a telephone conference should be denied.

DONE and ORDERED this 16th day of September, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE